**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0456

Raymond Dyson

- - Versus - -

Janice E. Seal and GEICO Casualty Company

19th Judicial District Court
Case #: 667767
East Baton Rouge Parish

On Application for Rehearing filed on 01/04/2022 by GEICO County Mutual Insurance Company

Rehearing _Denied._

_Vanessa Guidry Whipple_
Vanessa Guidry Whipple

_Allison H. Penzato_
Allison H. Penzato

CHH

J. Hester dissents and would grant rehearing.

Chris Hester

Date **FEB 0 7 2022**

_Rodd Naquin_
Rodd Naquin, Clerk